| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**GUTFLEISH LAW, LLC**<br>Three University Plaza, Suite 410<br>Hackensack NJ 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Esq.<br>(harry@gutfleishlaw.com)<br>*Attorneys for St. Paul's Abbey, Inc.* | |
| In Re:<br><br>IAN M. KUNESCH,<br><br>　　　　　　　　　Debtor. | Chapter 13<br>Case No. 20-16024 (SLM) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gutfleish Law, LLC enters its appearance in this bankruptcy case on behalf of St. Paul's Abbey, Inc. and requests that all notices, orders, pleadings, correspondence, and all other papers served or required to be served in this bankruptcy case be served on:

    Harry M. Gutfleish, Esq.
    GUTFLEISH LAW, LLC
    Three University Plaza, Suite 410
    Hackensack, New Jersey 07601
    harry@gutfleishlaw.com

**PLEASE TAKE FURTHER NOTICE** that this appearance is without prejudice to, and is not nor shall it be deemed to waive (a) the right to contest the subject matter jurisdiction of this Court to determine any issue in dispute, (b) the right to contest this Court's jurisdiction or authority to hear or finally determine any issue in dispute, (c) the right to have final orders in noncore matters entered only after *de novo* review by the United States District Court for the District of New Jersey, (d) the right to request a trial by jury on all any or all claims asserted or that may be asserted, (e)

the right to seek abstention or withdrawal of reference in connection with any or all claims asserted or that may be asserted, and (f) any other right held by St. Paul's Abbey, Inc.

      **GUTFLEISH LAW, LLC**
      *Attorneys for St. Paul's Abbey, Inc.*


      By: */s/ Harry M. Gutfleish*
          Harry M. Gutfleish

Dated: May 18, 2020

## CERTIFICATION OF SERVICE

I, Harry M. Gutfleish, certify that on May 18, 2020, I caused the foregoing notice of appearance to be served on the parties and in the manners set forth below.

| Name and Address of Party | Relationship to the Case | Mode of Service |
|---|---|---|
| Stephen B. McNally, Esq.<br>McNally & Busche, L.L.C.<br>93 Main Street, Suite 201<br>Newton, NJ 07860<br>steve@mcnallylawllc.com | Attorneys for the Debtor | ECF and email |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>BNC@magtrustee.com | Chapter 13 Standing Trustee | ECF and email |
| All other parties | | ECF |

*/s/ Harry M. Gutfleish*

Dated: May 18, 2020

3