UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Getler, Gomes, & Sutton PC
Janine A. Getler, Esq.
2 Executive Boulevard, Suite 410
Suffern, New York 10901
Ph:845-533-4475//Fax:845-533-4477
jgetler@ggpclaw.com
Attorneys for Creditor
SB One Bank

In Re:
Ian M. Kunesch

Case No.: 20-16024-SLM
Chapter: 13
Judge: Stacey L. Meisel

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____SB One Bank_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Getler, Gomes & Sutton PC
2 Executive Blvd, Suite 410
Suffern, NY 10901

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: May 21, 2020

/s/ Janine A. Getler
Signature

new.8/1/15