# McNally & Associates, L.L.C.
## Attorneys at Law

Stephen B. McNally                                                                                                          Newark, NJ
                                                                                                                            New York, NY

93 Main Street, Suite 201
Newton, New Jersey 07860
Phone: (973) 300-4260
Fax: (973) 300-4264
email:steve@mcnally-law.com

June 30, 2020

**Via ECF**
Honorable Stacey L. Meisel
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

      **Re:  Ian M. Kunesch, Debtor**
            **Chapter 13 Case No. 20-16024 (SLM)**

Dear Judge Meisel,

    We represent Ian M. Kunesch, the above-referenced debtor ("Debtor").

    Returnable before this Court on July 8, 2020 is the motion of St. Paul's Abbey, Inc. ("the Abbey") seeking relief from the automatic stay so that the Abbey may move in the Superior Court to terminate the Debtor's occupancy of a commercial property used by the Debtor to operate a driving range in Newton, New Jersey.

    The Court is advised that the Debtor has no objection to the stay relief requested in the motion, except that the Debtor objects to paragraph 2 of the proposed form of order which seeks to avoid the application of F.R.Bankr.P. 4001 (a)(3).

    The Debtor would have no objection if this order was entered with that paragraph stricken.

                                           Respectfully Submitted,

                                           /s/ Stephen B. McNally

                                           Stephen B. McNally

cc:    Marie-Ann Greenberg, Chapter 13 Trustee (via ECF)
        Harry Gutfleish, Attorney for St. Paul's Abbey, Inc. (via ECF)
        Ian M. Kunech, Debtor (via e-mail)