**Order Filed on July 8, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**GUTFLEISH LAW, LLC**<br>Three University Plaza, Suite 410<br>Hackensack NJ 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Esq.<br>(harry@gutfleishlaw.com)<br>*Attorneys for St. Paul's Abbey, Inc.* | |
| In Re:<br><br>IAN M. KUNESCH<br><br>        Debtor. | Chapter 13<br>Case No: 20-16024 (SLM)<br><br>Return Date: July 8, 2020 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: July 8, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
**Debtor:** Ian M. Kunesch
**Case No.:** 20-16024 (SLM)
**Caption:** Order Granting Stay Relief

  **THIS MATTER,** having been opened to Court by the motion (the "Motion") filed by St. Paul's Abbey, Inc. ("St. Paul's") seeking an order granting relief from the automatic stay under 11 U.S.C. 362(d) to pursue eviction proceedings against the tenants, including Ian M. Kunesch (the "Debtor"), under the parties' lease dated as of August 31, 2007 attached as Exhibit A and the amendment to lease attached as Exhibit B to the certification of Brother Bernardo Lee (collectively, the "Lease"); and the Court having considered the pleadings filed and the arguments made; and for good cause shown, it is hereby **ORDERED** that:

  1. St. Paul's is granted relief from the automatic stay under 11 U.S.C. § 362(d) to pursue all remedies under the Lease, other than to pursue a money judgment against the Debtor.

  2. ~~The stay imposed under F.R.Bankr.P. 4001(a)(3) shall not apply to this Order and this Order shall be effective immediately.~~