| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**GUTFLEISH LAW, LLC**<br>Three University Plaza, Suite 410<br>Hackensack NJ 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Esq.<br>(harry@gutfleishlaw.com)<br>*Attorneys for St. Paul's Abbey, Inc.* | Order Filed on July 8, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>IAN M. KUNESCH<br><br>　　　　　Debtor. | Chapter 13<br>Case No: 20-16024 (SLM)<br><br>Return Date: July 8, 2020 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: July 8, 2020**

　　　　　　　　　　　　　　　　　　　　　　　／s／ Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Page 2
**Debtor:**     **Ian M. Kunesch**
**Case No.:**   **20-16024 (SLM)**
**Caption:**    **Order Granting Stay Relief**

      **THIS MATTER,** having been opened to Court by the motion (the "Motion") filed by St. Paul's Abbey, Inc. ("St. Paul's") seeking an order granting relief from the automatic stay under 11 U.S.C. 362(d) to pursue eviction proceedings against the tenants, including Ian M. Kunesch (the "Debtor"), under the parties' lease dated as of August 31, 2007 attached as Exhibit A and the amendment to lease attached as Exhibit B to the certification of Brother Bernardo Lee (collectively, the "Lease"); and the Court having considered the pleadings filed and the arguments made; and for good cause shown, it is hereby **ORDERED** that:

      1.    St. Paul's is granted relief from the automatic stay under 11 U.S.C. § 362(d) to pursue all remedies under the Lease, other than to pursue a money judgment against the Debtor.

      2.    ~~The stay imposed under F.R.Bankr.P. 4001(a)(3) shall not apply to this Order and this Order shall be effective immediately.~~

```
                     United States Bankruptcy Court
                          District of New Jersey
```

In re:                                                        Case No. 20-16024-SLM
Ian M. Kunesch                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Jul 08, 2020
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Ian M. Kunesch,    723 Limecrest Road,    Newton, NJ 07860-8801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harry M. Gutfleish    on behalf of Interested Party    St. Paul's Abbey, Inc. harry@gutfleishlaw.com
              Janine A Getler    on behalf of Creditor    SB One Bank jgetler@ggpclaw.com,
               mstoll@ggpclaw.com;akrane@ggpclaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6