Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16024−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ian M. Kunesch
  723 Limecrest Road
  Newton, NJ 07860

Social Security No.:
  xxx−xx−5053

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/30/20 and a confirmation hearing on such Plan has been scheduled for 7/22/20.

The debtor filed a Modified Plan on 7/10/20 and a confirmation hearing on the Modified Plan is scheduled for 8/12/20 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 13, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-16024-SLM
Ian M. Kunesch                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 13, 2020
                              Form ID: 186             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
```
db          +Ian M. Kunesch,   723 Limecrest Road,    Newton, NJ 07860-8801
cr          +SB One Bank,   18 Railroad Avenue,   18 Railroad Avenue,    Rochelle Park, NJ 07662-4105
intp        +St. Paul's Abbey, Inc.,    c/o Gutfleish Law, LLC,   Three University Plaza Dr,    Suite 410,
              Hackensack, NJ  07601,    UNITED STATES 07601
518817405   +Aes/pnc Bank,   Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
518817408   +Elizabeth A. Kunesch,    723 Limecrest Road,   Newton, NJ 07860-8801
518817409   +Janine A. Getler, Esq.,    Getler, Gomes & Sutton, PC,   2 Executive Boulevard,   Suite 402,
              Suffern, NY 10901-8220
518817410   +KML Law Group,   701 Market Street,    #500,   Philadelphia, PA 19106-1538
518837598   +PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
518817412   +SB One Bank,   18 Railroad Avenue,    Rochelle Park, NJ 07662-4105
518817413   +St. Paul's Abbey, Inc.,    ATTN: Brother Luke,   PO Box 7,   Newton, NJ 07860-0007
518817414   +USDOE/GLELSI,   Attn: Bankruptcy,    Po Box 7860,   Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 00:19:29     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 00:19:27     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518858924    E-mail/Text: ally@ebn.phinsolutions.com Jul 14 2020 00:18:48     Ally Capital,   PO Box 130424,
              Roseville MN 55113-0004
518817406   +E-mail/Text: ally@ebn.phinsolutions.com Jul 14 2020 00:18:48     Ally Financial,
              ATTN: Bankruptcy Department,   PO Box 380901,    Minneapolis, MN 55438-0901
518817407   +E-mail/Text: ally@ebn.phinsolutions.com Jul 14 2020 00:18:48     Ally Financial,
              PO Box 380901,   Minneapolis, MN 55438-0901
518817411    E-mail/Text: camanagement@mtb.com Jul 14 2020 00:19:13     M & T Bank,   Attn: Bankruptcy,
              Po Box 844,   Buffalo, NY 14240
518857355    E-mail/Text: camanagement@mtb.com Jul 14 2020 00:19:13     M&T Bank,   PO Box 840,
              Buffalo, NY 14240
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518817415*   +USDOE/GLELSI,   Attn: Bankruptcy,   Po Box 7860,   Madison, WI 53707-7860
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harry M. Gutfleish    on behalf of Interested Party    St. Paul's Abbey, Inc. harry@gutfleishlaw.com
              Janine A Getler    on behalf of Creditor    SB One Bank jgetler@ggpclaw.com,
               mstoll@ggpclaw.com;akrane@ggpclaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```