

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

**Order Filed on January 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

  IAN M. KUNESCH

**Case No.:  20-16024SLM**

**Hearing Date:  1/13/2021**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 20, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   IAN M. KUNESCH

Case No.:  20-16024SLM

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 01/13/2021 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must amend budget by 1/27/21 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is futher
- ORDERED, that Debtor must provide current income verification by 1/27/21 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is futher
- ORDERED, that Debtor must amend Statement of Financial Affairs by 1/27/21 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is futher
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/10/2021 at 8:30 a.m.