| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on January 20, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  IAN M. KUNESCH | Case No.:  20-16024SLM<br>Hearing Date:  1/13/2021<br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 20, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 20-16024SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

    THIS MATTER having been scheduled before the Court on 01/13/2021 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must amend budget by 1/27/21 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is futher
- ORDERED, that Debtor must provide current income verification by 1/27/21 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is futher
- ORDERED, that Debtor must amend Statement of Financial Affairs by 1/27/21 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is futher
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/10/2021 at 8:30 a.m.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16024-SLM |
| Ian M. Kunesch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

**Recip ID         Recipient Name and Address**
db              + Ian M. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021          Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Denise E. Carlon
            on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harry M. Gutfleish
            on behalf of Interested Party St. Paul's Abbey  Inc. harry@gutfleishlaw.com

Janine A Getler
            on behalf of Creditor SB One Bank jgetler@ggpclaw.com mstoll@ggpclaw.com;akrane@ggpclaw.com

Marie-Ann Greenberg
            magecf@magtrustee.com

Melissa N. Licker
            on behalf of Creditor M&T BANK NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Stephen B. McNally
            on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7