Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16024−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ian M. Kunesch
   723 Limecrest Road
   Newton, NJ 07860

Social Security No.:
   xxx−xx−5053

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 01/28/2021 has been vacated effective 01/29/2021.

Dated: January 29, 2021
JAN: LVJ

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ian M. Kunesch  
    Debtor

Case No. 20-16024-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 29, 2021      Form ID: 149      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian M. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801 |
| cr | + | SB One Bank, 18 Railroad Avenue, 18 Railroad Avenue, Rochelle Park, NJ 07662-4105 |
| intp | + | St. Paul's Abbey, Inc., c/o Gutfleish Law, LLC, Three University Plaza Dr, Suite 410, Hackensack, NJ 07601 UNITED STATES 07601 |
| 518817405 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519047915 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519047916 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 518817408 | + | Elizabeth A. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801 |
| 518817409 | + | Janine A. Getler, Esq., Getler, Gomes & Sutton, PC, 2 Executive Boulevard, Suite 402, Suffern, NY 10901-8220 |
| 518817410 | + | KML Law Group, 701 Market Street, #500, Philadelphia, PA 19106-1541 |
| 518837598 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 518817412 | + | SB One Bank, 18 Railroad Avenue, Rochelle Park, NJ 07662-4105 |
| 518817413 | + | St. Paul's Abbey, Inc., ATTN: Brother Luke, PO Box 7, Newton, NJ 07860-0007 |
| 518817414 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518858924 | | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 21:52:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518817406 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 21:52:00 | Ally Financial, ATTN: Bankruptcy Department, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518817407 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 21:52:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518817411 | | Email/Text: camanagement@mtb.com | Jan 29 2021 21:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518857355 | | Email/Text: camanagement@mtb.com | Jan 29 2021 21:54:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518817415 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harry M. Gutfleish | on behalf of Interested Party St. Paul's Abbey Inc. harry@gutfleishlaw.com |
| Janine A Getler | on behalf of Creditor SB One Bank jgetler@ggpclaw.com mstoll@ggpclaw.com;akrane@ggpclaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Stephen B. McNally | on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7