Form 186 − ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16024−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ian M. Kunesch
  723 Limecrest Road
  Newton, NJ 07860

Social Security No.:
  xxx−xx−5053

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 04/30/2020 and a confirmation hearing on such Plan has been scheduled for 02/10/2021 at 8:30 a.m..

The debtor filed a Modified Plan on 07/10/2020 and a confirmation hearing on the Modified Plan is scheduled for 01/29/201 at 8:30 a.m.. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 29, 2021
JAN: LVJ

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ian M. Kunesch  
    Debtor

Case No. 20-16024-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 29, 2021     Form ID: 186     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian M. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801 |
| cr | + | SB One Bank, 18 Railroad Avenue, 18 Railroad Avenue, Rochelle Park, NJ 07662-4105 |
| intp | + | St. Paul's Abbey, Inc., c/o Gutfleish Law, LLC, Three University Plaza Dr, Suite 410, Hackensack, NJ 07601 UNITED STATES 07601 |
| 518817405 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519047915 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519047916 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 518817408 | + | Elizabeth A. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801 |
| 518817409 | + | Janine A. Getler, Esq., Getler, Gomes & Sutton, PC, 2 Executive Boulevard, Suite 402, Suffern, NY 10901-8220 |
| 518817410 | + | KML Law Group, 701 Market Street, #500, Philadelphia, PA 19106-1541 |
| 518837598 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 518817412 | + | SB One Bank, 18 Railroad Avenue, Rochelle Park, NJ 07662-4105 |
| 518817413 | + | St. Paul's Abbey, Inc., ATTN: Brother Luke, PO Box 7, Newton, NJ 07860-0007 |
| 518817414 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518858924 | | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 21:52:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518817406 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 21:52:00 | Ally Financial, ATTN: Bankruptcy Department, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518817407 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 21:52:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518817411 | | Email/Text: camanagement@mtb.com | Jan 29 2021 21:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518857355 | | Email/Text: camanagement@mtb.com | Jan 29 2021 21:54:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518817415 | *+ | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harry M. Gutfleish | on behalf of Interested Party St. Paul's Abbey  Inc. harry@gutfleishlaw.com |
| Janine A Getler | on behalf of Creditor SB One Bank jgetler@ggpclaw.com  mstoll@ggpclaw.com;akrane@ggpclaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Stephen B. McNally | on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7