UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

**Order Filed on January 29, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Ian M. Kunesch**

Case No.: 20-16024

Judge: Stacey L. Meisel

# ORDER VACATING DISMISSAL ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: **Ian M. Kunesch**

Case No. 20-16024

Caption of Order: **ORDER VACATING DISMISSAL ORDER**

---

THIS MATTER having good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the January 28,2021 Order Dismissing Case is vacated; and it is further

ORDERED, that a Confirmation Hearing will be scheduled for February 10, 2021 at 8:30 am.

United States Bankruptcy Court

District of New Jersey

In re:  
Ian M. Kunesch  
    Debtor

Case No. 20-16024-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

**Recip ID        Recipient Name and Address**  
db              + Ian M. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

**Name**            **Email Address**

Denise E. Carlon  
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harry M. Gutfleish  
    on behalf of Interested Party St. Paul's Abbey  Inc. harry@gutfleishlaw.com

Janine A Getler  
    on behalf of Creditor SB One Bank jgetler@ggpclaw.com  mstoll@ggpclaw.com;akrane@ggpclaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Melissa N. Licker  
    on behalf of Creditor M&T BANK NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

Stephen B. McNally  
    on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7