Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  20−16024−SLM
                              Chapter:  13
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ian M. Kunesch
   723 Limecrest Road
   Newton, NJ 07860

Social Security No.:
   xxx−xx−5053

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/11/21.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 11, 2021
JAN: LVJ

                                                                                                        Jeanne Naughton
                                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ian M. Kunesch  
    Debtor

Case No. 20-16024-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 11, 2021      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian M. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801 |
| cr | + | SB One Bank, 18 Railroad Avenue, 18 Railroad Avenue, Rochelle Park, NJ 07662-4105 |
| intp | + | St. Paul's Abbey, Inc., c/o Gutfleish Law, LLC, Three University Plaza Dr, Suite 410, Hackensack, NJ 07601 UNITED STATES 07601 |
| 518817405 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518817408 | + | Elizabeth A. Kunesch, 723 Limecrest Road, Newton, NJ 07860-8801 |
| 518817409 | + | Janine A. Getler, Esq., Getler, Gomes & Sutton, PC, 2 Executive Boulevard, Suite 402, Suffern, NY 10901-8220 |
| 518817410 | + | KML Law Group, 701 Market Street, #500, Philadelphia, PA 19106-1541 |
| 518837598 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 518817412 | + | SB One Bank, 18 Railroad Avenue, Rochelle Park, NJ 07662-4105 |
| 518817413 | + | St. Paul's Abbey, Inc., ATTN: Brother Luke, PO Box 7, Newton, NJ 07860-0007 |
| 518817414 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518858924 | | EDI: GMACFS.COM | Feb 12 2021 01:43:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518817406 | + | EDI: GMACFS.COM | Feb 12 2021 01:43:00 | Ally Financial, ATTN: Bankruptcy Department, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518817407 | + | EDI: GMACFS.COM | Feb 12 2021 01:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519047915 | | EDI: ECMC.COM | Feb 12 2021 01:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519047916 | | EDI: ECMC.COM | Feb 12 2021 01:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518817411 | | Email/Text: camanagement@mtb.com | Feb 11 2021 22:09:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518857355 | | Email/Text: camanagement@mtb.com | Feb 11 2021 22:09:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**  **Bypass Reason**  **Name and Address**
518817415    *+    USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harry M. Gutfleish
on behalf of Interested Party St. Paul's Abbey Inc. harry@gutfleishlaw.com

Janine A Getler
on behalf of Creditor SB One Bank jgetler@ggpclaw.com mstoll@ggpclaw.com;akrane@ggpclaw.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor M&T BANK NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Stephen B. McNally
on behalf of Debtor Ian M. Kunesch steve@mcnallylawllc.com
jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7